DEBRA ANN GINSBERG, APPELLEE, V. AMES AVENUE BINGO, APPELLANT.

358 N.W.2d 221

Filed November 30, 1984.   No. 83-791.

Larry R. Taylor of Taylor, Fabian, Thielen & Thielen, for appellant.

Barbara C. Lohr Van Sant of Nelson, Morrow, Waldron & Kivett, for appellee.

KRIVOSHA, C.J., HASTINGS, SHANAHAN, and GRANT, JJ., and McCOWN, J., Retired.

PER CURIAM.
This court has considered the complete record in this case. The evidence supports the judgment of the district court.

AFFIRMED.